# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: TRUST UNDER DEED OF DAVID : No. 217 MAL 2016
P. KULIG DATED JANUARY 12, 2001 :
                                                         :
                                                          : Petition for Allowance of Appeal from
PETITION OF: CARRIE C. BUDKE AND : the Order of the Superior Court
JAMES H. KULIG :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioner, are:

      a.     When construing the unambiguous statute 20 Pa.C.S. §7710.2 in a case of first impression (in this matter pertaining to the property rights of a surviving spouse), may a court resort to legislative comments while also: (a) contravening prior rulings of this Court, as well as a recent decision from the same intermediate appellate court regarding the same statutory enactment, which held that comments shall not be considered when construing an unambiguous statute, and (b) failing to consider whether the court's interpretation will lead to absurd or unreasonable results?

      b.     When construing the unambiguous statute 20 Pa.C.S. §7710.2 in a case of first impression, may a court conclude that the Legislature intended to reverse longstanding laws in the absence of any clear indication on the face of the statutes, but instead based solely on implication from a legislative comment?

      Justices Donohue and Mundy did not participate in the consideration or decision of this matter.